824

No. 979.   Von Scherer v. Ragen, Warden;

No. 980.   Gawron v. Ragen, Warden; and

No. 981.   Ross v. Illinois.   February 17, 1947.   Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 763.   Wabash Railroad Co. v. Williamson. March 3, 1947.   Petition for writ of certiorari to the Supreme Court of Missouri denied.   *Joseph A. McClain, Jr.* and *Sam B. Sebree* for petitioner.   *Walter A. Raymond* for respondent.

No. 837.   Licht et al. v. United States.   March 3, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *James D. C. Murray* for petitioners.   *Acting Solicitor General Washington, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 874.   Peskoe v. United States.   March 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.   *Ralph L. Fusco* for petitioner.   *Acting Solicitor General Washington, Frederick Bernays Wiener, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 876.   Krepper v. United States.   March 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.   *George R. Sommer* for petitioner.   *Acting Solicitor General Washington, Robert S. Erdahl* and *Philip R. Monahan* for the United States.